AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. MJ13-5053
Green and tan colored Greatland brand wall tent and a white cardboard )
box, which measures 11x9x4 inches and has a label addressed to Candace )
Byrd, 31908 NE Healy Rd., Amboy, WA 98601 )

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Western    District of    Washington
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached hereto and incorporated herein by reference.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    March 28, 2013
                                                                (not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
    IN The Western District of Washington.
                (name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                              ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  3/14/13  1:40 pm    _____
                                              *Judge's signature*

City and state:  Vancouver, Washington      DAVID W. CHRISTEL, U.S. Magistrate Judge
                                              *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>MJ13-5053 | Date and time warrant executed:<br>3/15/2013   1350 | Copy of warrant and inventory left with:<br>Tent and Property |
| Inventory made in the presence of:<br>Capt. Mark Camisa and Officer Brad Miederhoff | | |
| Inventory of the property taken and name of any person(s) seized: | | |

1 Glass Pipe with suspected controlled substance residue
1 Cascade Park Community Library reciept (10/5/2012)
1 Book "Kill Alex Cross" by Patterson
1 Book "Holding Fast" by Patterson
1 Book "Crossfire" by Patterson
1 Book "Swimsuit" by Patterson
1 Book "Kill Me If You Can" by Patterson
1 Book "Witches and Wizards" by Patterson
1 Book "Trout"
1 Book "Worst Case" by Patterson
1 Book "Life List" by Patterson
1 Book "Backpacker"
1 Book "Mushrooms" by Phillips

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   3/15/2013

_Executing officer's signature_

Paul P. Huff, Special Agent
_Printed name and title_

DW Christel
Magistrate Judge
3/29/13